**FILED**
AUG 0 4 2016

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| LUCILLE SCHULTZ, | \* | CIV 15-4160 |
| Plaintiff, | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| SENTINEL INSURANCE COMPANY, LTD., d/b/a The Hartford, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation for Dismissal, Doc. 29, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendant is dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 4th day of August, 2016.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
Deputy